BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
JAMIESON N. POE, ESQ.
Nevada Bar No. 008228
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-17
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: admin@sdlawoffice.net

*Attorneys for Defendant*
*Horizon Global Americas, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ELVIRA MELENDEZ, an Individual, | CASE NO. |
| Plaintiff, | |
| vs. | District Court Case No. A-18-784890-C |
| HORIZON GLOBAL AMERICAS, INC.; ROE 1 – Trailer Manufacturer; ROE 2 – Hitch Manufacturer; DOES II-X, inclusive; and ROE CORPORATIONS IV-X, inclusive, | **NOTICE OF REMOVAL** |
| Defendants. | |

### HORIZON GLOBAL AMERICAS, INC.'S NOTICE OF REMOVAL

COMES NOW Defendant HORIZON GLOBAL AMERICAS, INC., by and through its counsel, the law firm of STEPHENSON & DICKINSON, P.C., hereby submits this Notice of Removal of Action to the United States District Court for the District of Nevada pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1446.

Removal is appropriate pursuant to 28 U.S.C. § 1446(b) because this Court has original jurisdiction over this litigation pursuant to 28 U.S.C. § 1332; the matter in controversy exceeds the $75,000.00 requirements of § 1332 as based upon Plaintiff's alleged damages, exclusive of interest

and costs; and diversity jurisdiction exists between Plaintiff and Defendant, on the following grounds:

I. **NOTICE OF REMOVAL**

**A) Factual Background:**

1. On November 21, 2018, Plaintiff filed a complaint against Maikel Garcia, Rafael Construction and FCA US. The action was filed in the Eighth Judicial District Court, Clark County, Nevada. On May 23, 2019, an amended complaint was filed naming Jose Rodriguez and Draw-Tite, Inc. as defendants. (HGA was later substituted as the correct party in place of Draw-Tite.) A complete copy of the state court pleadings is included with the filing of the Index of Pleadings from State Court Action filed and served concurrently herewith. An additional copy of the Index (without attachments) is attached to this Notice as Exhibit A, as required by 28 U.S.C. § 1446(a). A copy of the *Plaintiff's Complaint* is attached as Exhibit B. A copy of the *Plaintiff's Amended Complaint* is attached as Exhibit C.

2. The action arises out of a motor vehicle accident which occurred on March 18, 2018. In her complaints, Plaintiff alleged that she was travelling westbound on Lake Mead Boulevard as Mr. Garcia was driving eastbound on Lake Mead Boulevard. As the vehicles approached each other, the complaints allege that a trailer which was attached to Mr. Garcia's Dodge Ram pickup began to come loose, fishtail, and ultimately strike Plaintiff's automobile. The complaints alleged that Mr. Garcia was negligent in operating his pickup truck; that the accident occurred while he was in the course and scope of his employment with Rafael Construction; that Mr. Rodriguez was negligent for not using due care in attaching the trailer to the pickup truck; that FCA was liable for defects in the pickup truck; and that HGA was liable for defects in the trailer ball, ball mount, and hitch pin. See Exhibit C at ¶ 9-23.

**B) Diversity Jurisdiction – Amount in Controversy:**

3. The Plaintiff's injuries include multiple fractures to her ribs and arms as well as a closed head injury. She was hospitalized for five days. Her N.R.C.P. 16.1 disclosure computation of damages lists medical bills in the amount of $252,823.16. She alleges general damages for pain and suffering

as well as loss of enjoyment of life at over $1,000,000.00. It is respectfully submitted that the amount in controversy for diversity jurisdiction has been met.

**C)     Diversity Jurisdiction – Plaintiffs and HGA are Diverse:**

4.     Plaintiff's complaints allege that she is a resident of Nevada. HGA maintains its principal place of business in Michigan. HGA is incorporated in Michigan. Thus, Plaintiff and HGA are diverse.

5.     In the state court case, Mr. Garcia; Rafael Construction, FCA and Mr. Rodriguez have been dismissed. The dates that these defendants were dismissed are as follows:

      A)     Mr. Garcia: September 12, 2019;

      B)     Rafael Construction: June 5, 2019;

      C)     FCA: October 11, 2019; and,

      D)     Mr. Rodriguez: November 19, 2019.

The orders dismissing these defendants are attached as composite Exhibit D.

6.     Therefore, HGA respectfully submits that complete diversity exists between the remaining parties to the case, Plaintiff and HGA.

**D)     Removal is Timely:**

7.     28 U.S.C. § 1446 (b)(3) states that a notice of removal may be filed within 30 days after receipt by the defendant of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable. 28 U.S.C. § 1446 (c)(1) provides that a case may not be removed on the basis of diversity jurisdiction more than one year after commencement of the action.

8.     On November 19, 2019, the court entered a minute order granting Mr. Rodriguez motion for good faith settlement, thereby dismissing him from the case. The court's minute order acts as an "other paper" from which HGA ascertained that the case has become removable as all of the other defendants have been dismissed as the only two remaining defendants (Plaintiff and HGA) are diverse. November 21, 2019 would be the one-year anniversary of the case. Thus, this Notice of removal falls within the one-year time limitation.

. . . .

3

## II.  CONCLUSION/PRAYER FOR RELIEF

WHEREFORE, Defendant Horizon Global Americas, Inc. removes the above-captioned action to the United States District Court for the District of Nevada.

DATED this 20th day of November, 2019.

        STEPHENSON & DICKINSON, P.C.

By: _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
JAMIESON N. POE, ESQ.
Nevada Bar No. 008228
2820 West Charleston Boulevard, Suite B-17
Las Vegas, Nevada 89102
P: (702) 474-7229
F: (702) 474-7237
*Attorneys for Horizon Global Americas, Inc.*

4

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b), I hereby certify that I am an employee of STEPHENSON & DICKINSON and that on this 20th day of November, 2019, I caused to be served a copy of the foregoing: DEFENDANTS HORIZON GLOBAL AMERICAS, INC.'S NOTICE OF REMOVAL on the party(s) set forth below by:

___X___ Electronic service

_____ Placing an original or true copy in a sealed envelope placed for collection and mailing in the United States Mail, at Las Vegas, Nevada, postage prepaid, following ordinary business practices

___X___ Case Management/Electronic Case Filing

_____ Hand Delivery – Receipt of Copy

addressed as follows:

| | |
|---|---|
| *Al Lasso, Esq.*<br>*Evan K. Simonsen, Esq.*<br>*LASSO INJURY LAW, LLC.*<br>*10161 Park Run Drive, Suite 150*<br>*Las Vegas, NV 89145*<br>*al@lassoinjurylaw.com*<br>*evan@lassoinjurylaw.com*<br>*Attorneys for Plaintiff* | G. Mark Albright, Esq.<br>Jorge L. Alvarez, Esq.<br>ALBRIGHT, STODDARD,<br>WARNICK & ALBRIGHT 801 South Rancho Drive, Suite D-4<br>Las Vegas, NV 89106<br>gma@albrightstoddard.com<br>jalvarez@albrightstoddard.com<br>*Attorneys for Defendant*<br>*Jose Ravelo Rodriguez* |

_____
Employee of STEPHENSON & DICKINSON

5

## INDEX OF EXHIBITS

**Exhibit A:** *State Court Index and Record*

**Exhibit B:** *Plaintiffs' Complaint*

**Exhibit C:** *Plaintiffs' First Amended Complaint*

**Exhibit D** *Stipulation and Order for Dismissal of Defendant Maikel Torres Garcia with Prejudice; Stipulation and Order to Dismiss Rafael Construction, Inc.; Order Granting Defendant FCA US LLC's Motion for Good Faith Settlement Determination and Order Barring Further Claims; and Court Minutes Granting Defendant Jose Ravelo Rodriguez's Motion for Good Faith Settlement*