BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
JAMIESON N. POE, ESQ.
Nevada Bar No. 008228
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-17
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile: (702) 474-7237
email: admin@sdlawoffice.net

*Attorneys for Defendant*
*Horizon Global Americas, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ELVIRA MELENDEZ, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>HORIZON GLOBAL AMERICAS, INC.; ROE 1 – Trailer Manufacturer; ROE 2 – Hitch Manufacturer; DOES II-X, inclusive; and ROE CORPORATIONS IV-X, inclusive,<br><br>Defendants. | CASE NO. 2:19-CV-02015-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Elvira Melendez and Defendant Horizon Global Americas, Inc., by and through their respective attorneys of record,

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

1

that the above entitled action be dismissed with prejudice, each party to bear their own costs and fees.

DATED this _____ day of _____, 2020.   DATED this 22 day of SEPT, 2020.

| LASSO INJURY LAW | STEPHENSON & DICKINSON, P.C. |
|---|---|
| By: _____<br>Al Lasso, Esq.<br>Nevada Bar No. 008152<br>Evan K. Simonsen, Esq.<br>Nevada Bar No. 013762<br>10161 Park Run Drive, Suite 150<br>Las Vegas, NV 89145<br>T: 702-625-8777<br>F: 702-838-6981<br>*Attorneys for Plaintiff* | By: _____<br>BRUCE SCOTT DICKINSON, ESQ.<br>Nevada Bar No. 002297<br>JAMIESON N. POE, ESQ.<br>Nevada Bar No. 008228<br>2820 West Charleston Boulevard, Suite B-17<br>Las Vegas, Nevada 89102<br>P: (702) 474-7229<br>F: (702) 474-7237<br>*Attorneys for Horizon Global Americas, Inc.* |

### ORDER

**IT IS HEREBY ORDERED** that the above-entitled matter be dismissed with prejudice, with each party bearing their own fees and costs.

**IT IS SO ORDERED** on this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

STEPHENSON & DICKINSON, PC

By: _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
JAMIESON N. POE, ESQ.
Nevada Bar. No. 008228
LAWRENCE BALANOVSKY, ESQ.
Nevada Bar No. 015010
2820 West Charleston Blvd, Suite B-19
Las Vegas, Nevada 89102
Tel: (702) 474-7229
Fax: (702) 474-7237
admin@sdlawoffice.net
*Attorneys for Horizon Global Americas, Inc.*

2