1  BRUCE SCOTT DICKINSON, ESQ.
   Nevada Bar No. 002297
2  JAMIESON N. POE, ESQ.
   Nevada Bar No. 008228
3  **STEPHENSON & DICKINSON, P.C.**
4  2820 West Charleston Boulevard, Suite B-17
   Las Vegas, Nevada 89102
5  Telephone: (702) 474-7229
   Facsimile:  (702) 474-7237
6  email:  admin@sdlawoffice.net
7
   *Attorneys for Defendant*
8  *Horizon Global Americas, Inc.*
9

10                    UNITED STATES DISTRICT COURT
11                       FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ELVIRA MELENDEZ, an Individual, | CASE NO. 2:19-CV-02015-JCM-VCF |
| Plaintiff, | |
| vs. | |
| HORIZON GLOBAL AMERICAS, INC.; ROE 1 – Trailer Manufacturer; ROE 2 – Hitch Manufacturer; DOES II-X, inclusive; and ROE CORPORATIONS IV-X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Elvira Melendez and Defendant Horizon Global Americas, Inc., by and through their respective attorneys of record,

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

1

that the above entitled action be dismissed with prejudice, each party to bear their own costs and fees.

DATED this _____ day of _____, 2020.     DATED this 22 day of SEPT, 2020.

LASSO INJURY LAW                                STEPHENSON & DICKINSON, P.C.

By: _____                   By: _____
Al Lasso, Esq.                                  BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 008152                           Nevada Bar No. 002297
Evan K. Simonsen, Esq.                          JAMIESON N. POE, ESQ.
Nevada Bar No. 013762                           Nevada Bar No. 008228
10161 Park Run Drive, Suite 150                 2820 West Charleston Boulevard, Suite B-17
Las Vegas, NV 89145                             Las Vegas, Nevada 89102
T:  702-625-8777                                P:  (702) 474-7229
F:  702-838-6981                                F:  (702) 474-7237
*Attorneys for Plaintiff*                       *Attorneys for Horizon Global Americas, Inc.*

### ORDER

**IT IS HEREBY ORDERED** that the above-entitled matter be dismissed with prejudice, with each party bearing their own fees and costs.

**IT IS SO ORDERED** September 28, 2020.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

STEPHENSON & DICKINSON, PC

By: _____
BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
JAMIESON N. POE, ESQ.
Nevada Bar. No. 008228
LAWRENCE BALANOVSKY, ESQ.
Nevada Bar No. 015010
2820 West Charleston Blvd, Suite B-19
Las Vegas, Nevada 89102
Tel: (702) 474-7229
Fax: (702) 474-7237
admin@sdlawoffice.net
*Attorneys for Horizon Global Americas, Inc.*

2